Pedro Cortes, Co Trustee
Foodbank Nutritional Educational Trust
dba Therapeutic Health Collective
3185 E Washington Blvd. Ste. 200
Los Angeles CA 90023
424.288.0312

Trustee for Defendant in propria persona

# UNITED STATES DISTRICT COURT
## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN WANG, | Case No.: 2:14-cv-02603-SVW-JC |
| Plaintiff. | ANSWER TO COMPLAINT |
| THERAPEUTIC HEALTH COLLCTIVE, | |
| Defendant. | |

**DEFENDANT ALLEGES AND AVERS AS FOLLOWS:**

1. Defendant Therapeutic Health Collective by Pedro Cortes, Co-Trustee of the Foodbank Nutritional Educational Trust, is an entity operating within the County of Los Angeles and of the State of California.

2. This answering Defendant has been erroneously sued because it is the target of an unlawful and criminal takeover attempt as alleged in Exhibit A, attached and incorporated herein by reference.

3. This answering Defendant has not done any of the acts and/or omissions alleged in the Complaint. The persons and entities named and specified in Exhibit A are the perpetrators of these actions and have done so in violation of the provisions of Section 3344 of the California Civil Code and other statutes as alleged in Exhibit A.

2

WHEREFORE, DEFENDANT PRAYS FOR RELIEF AS FOLLOWS:

1. For judgment for the Defendant and against the Plaintiff;
2. Reasonable costs and attorney fees;
3. For such other and further relief as to the court may seem just and proper.

_____

Pedro Cortes, Co Trustee

Foodbank Nutritional Educational Trust