FILED
CLERK, U.S. DISTRICT COURT

Aug 26, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN WANG,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>THERAPEUTIC HEALTH COLLECTIVE,<br><br>　　　　Defendant. | Case No. CV 14-2603-SVW-JC<br><br>JUDGMENT<br><br>JS - 6 |

　　　Pursuant to the "IN CHAMBERS ORDER GRANTING Plaintiff's Application for Default Judgment Against Defendant Therapeutic Health Collective," IT IS ADJUDGED that Judgment is entered in favor of Plaintiff.

Dated: August 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge